```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

                                                        O R D E R

    - against -
                                                     00 Cr. 1008-2 (NRB)

ELIJAH BOBBY WILLIAMS,

                    Defendant.
----------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Upon reading the motion of Elijah Bobby Williams to modify his sentence pursuant to 18 U.S.C. § 3582(c)(1)(B) and Section 404 of the First Step Act of 2018, it is hereby

**ORDERED**, that the Clerk of Court serve copies of this Order and the underlying motion on the United States Attorney for the Southern District of New York, and it is further

**ORDERED**, that the United States Attorney shall file a response to the motion on or before April 1, 2020 and the defendant's reply thereto, if any, is due on or before May 1, 2020.

Dated:   New York, New York
         February 24, 2020

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

**Defendant (*pro se*)**

Elijah Williams

**Copies of the foregoing Memorandum and Order have been mailed on this date to the following:**

Elijah Williams (#02152-748)

USP-Victorville

P.O. Box 3900

Adelanto, CA 92301