

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 15, 2022

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    <u>United States v. Xavier Williams</u>, 00 Cr. 1008 (NRB)

Dear Judge Buchwald:

    I will soon be ending my position as an Assistant United States Attorney in the Southern District of New York. I therefore write respectfully to request that the Court direct the Clerk of Court to terminate my appearance in the above-captioned case.

                                  Respectfully submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney

                    By: _____
                                Brett M. Kalikow
                                Assistant United States Attorneys
                                (212) 637-2220

cc:    All counsel of record (by ECF)

```
Application granted.
SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:    July 15, 2022
            New York, N.Y.